UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF FALCON GLOBAL OFFSHORE II, AS OWNER, SEACOR MARINE LLC AS MANAGER/OPERATOR, AND SEACOR LIFTBOATS LLC, AS ALLEGED OWNER/OPERATOR OF THE SEACOR POWER PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 21-1062<br><br>SECTION: "H" |

### ORDER APPROVING PETITIONER'S LETTER OF UNDERTAKING, DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS

A Complaint having been filed on June 2, 2021, by Falcon Global Offshore II LLC, as owners, SEACOR Marine LLC, as manager/operator, and SEACOR Liftboats LLC as alleged owners/operators of the vessel SEACOR POWER (collectively, "Petitioners"), for exoneration from or limitation of liability, pursuant to 46 U.S.C. § 30501, *et seq.*, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), for any loss, damage, injury, or deaths caused, occasioned or occurring as a result of the incident occurring on 13 April 2021, when the SEACOR POWER capsized in the Gulf of Mexico, approximately seven (7) to eight (8) nautical miles off the coast of Louisiana, all as more fully set forth in the Verified Complaint;

And the Verified Complaint having stated that the value of Petitioners' interest in the said vessel, her pending freight/charter hire at the end of such voyage and the supplemental personal injury funds does not exceed FIVE

1

MILLION SIX HUNDRED SEVENTY-EIGHT THOUSAND FOUR HUNDRED TWENTY AND 00/100 ($5,678,420.00) DOLLARS, as set forth in Petitioners' Verified Complaint.

And Petitioners having submitted to the Court as security for the benefit of claimants, a Letter of Undertaking dated June 2, 2021, in the sum of FIVE MILLION SIX HUNDRED SEVENTY-EIGHT THOUSAND FOUR HUNDRED TWENTY AND 00/100 ($5,678,420.00) DOLLARS, with interest at six (6%) percent per annum from its date, executed by a duly authorized representative of the SEACOR POWER's protection and indemnity insurer, Assuranceforeningen SKULD (Gjensidig).

NOW, on motion of Murphy, Rogers, Sloss, Gambel & Tompkins, attorneys for Petitioners, it is ORDERED as follows:

1. The Declaration of Value of Petitioners' interest in the SEACOR POWER after the 13 April 2021 incident and her pending freight/charter hire in the combined amount not exceeding FIVE MILLION SIX HUNDRED SEVENTY-EIGHT THOUSAND FOUR HUNDRED TWENTY AND 00/100 ($5,678,420.00) DOLLARS, and the undertaking filed hereby Petitioners, be accepted as ad interim stipulation for value for the purposes of the limitation proceedings and that they be approved as to form, quantum and surety.

2. The above-described Letter of Undertaking deposited by the Petitioners with the Court for the benefit of claimants, in the sum of FIVE MILLION SIX HUNDRED SEVENTY-EIGHT THOUSAND FOUR HUNDRED TWENTY AND 00/100 ($5,678,420.00) DOLLARS, with interest as aforesaid, as security for the amount or value of the Petitioners' interest

in the SEACOR POWER, her pending freight/charter hire and the supplemental personal injury fund, be and it is hereby approved.

3. Any claimant who may properly become a party hereto may contest the amount or value of Petitioners' interest in the SEACOR POWER and her pending freight/charter hire as fixed in the Declaration of Value, and may move the Court for a new appraisal of said interest, and may apply to have the amount increased or diminished, as the case may be, on determination of the Court for the amount of value of said interest.

4. A notice shall be issued by the Clerk of this Court to all persons asserting claims with respect to which the Complaint seeks limitation admonishing them to file their respective claims with the Clerk of this Court in writing, and to serve on the attorneys for the Petitioners a copy thereof on or before the **4th day of October 2021**, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve an answer to the Complaint on or before the said date, unless his claim has included an answer to the Complaint, so designated, or be defaulted.

5. The aforesaid notice shall be published by Petitioners in the New Orleans Times Picayune/NewOrleans Advocate and the Daily Comet (covering Terrebonne and Lafourche parishes) once a week for four successive weeks prior to the date fixed for the filing of claims, as provided by the aforesaid Supplemental Admiralty Rule F. **Additionally, within one month from the date of this Order, Petitioners shall mail a copy of the notice to every person on board the SEACOR POWER at the time of its capsizing on April 13, 2021 and every person known to have made any claim against**

**the vessel or Petitioners arising out of the capsizing of the SEACOR POWER. In cases involving death, notice shall be mailed to the decedent at the decedent's last known address and also to any person who shall be known to have made any claim on account of such death.**

6. The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against Petitioners, as aforesaid, against the SEACOR POWER, her officers and crews, against any property of Petitioners, or against Petitioners' employees or underwriters except in this action, to recover damages for or in respect of any loss, damage, injury, or death occasioned or incurred as a result of the incident on 13 April 2021, when the SEACOR POWER capsized in the Gulf of Mexico, approximately seven (7) to eight (8) nautical miles off the coast of Louisiana, all as more fully set forth in the Complaint, be and hereby is restrained, stayed and enjoined until the hearing and determination of this action.

7. Service of this Order as a restraining order may be made through the Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand delivery or e-mail.

8. **IT IS FURTHER ORDERED** that the Clerk of Court's Office file a copy of this Order and issue a stay in the following actions currently pending

in the Eastern District of Louisiana: 2:21-cv-00903; 2:21-cv-00854; 2:21-cv-00867; 2:21-cv-01056.

New Orleans, Louisiana this 4th day of June 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**